UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 16-23294 |
| ESPOSITO-COSTAGLIOLA, MARCO & KIMBERLY | Chapter: | 7 |
| | Judge: | MBK |

### NOTICE OF PROPOSED ABANDONMENT

_____Barry R. Sharer_____, ___Chapter 7 Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
> Clerk of the U.S. Bankruptcy Court
> U.S.  Courthouse, 1st Floor
> 402 E. State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Michael B. Kaplan_____ on _____10/03/16_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ___8___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 307 Bradford Place, Bayville, NJ
Value: $375,000.00

Liens on property:  Bank of America - $510,486.00

Amount of equity claimed as exempt:  -0-

Objections must be served on, and requests for additional information directed to:

Name:     Barry R. Sharer, Trustee

Address:    1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043

Telephone No.: 856-435-3200

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-23294-MBK
Marco Esposito-Costagliola                                                Chapter 7
Kimberly A. Esposito-Costagliola
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Sep 07, 2016
                             Form ID: pdf905       Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2016.
db/jdb        +Marco Esposito-Costagliola,  Kimberly A. Esposito-Costagliola,  307 Bradford Place,
               Bayville, NJ 08721-2774
516282477     +B&B Collections,   PO Box 2137,   Toms River, NJ 08754-2137
516282482     +BCA Financial Services, Inc.,   18001 Old Cutler Road, Suite 462,   Miami, FL 33157-6437
516282478     +Bankamerica,   4909 Savarese Cir,   Tampa, FL 33634-2413
516282479     +Barclays Bank Delaware,   P.o. Box 8803,   Wilmington, DE 19899-8803
516282483     +Best Buy Credit Services,   PO Box 9001007,   Louisville, KY 40290-1007
516282485     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa N,   15000 Capital One Dr,
               Richmond, VA 23238)
516282484     +Cap1/justice,   Po Box 30253,   Salt Lake City, UT 84130-0253
516282486     +Chase Card,   P.o. Box 15298,   Wilmington, DE 19850-5298
516282487     +Coastal Gastroenterology Associates, PA,   525 Jack Martin Boulevard,   Brick, NJ 08724-7737
516282488     +Comenity Bank/justice,   Po Box 182789,   Columbus, OH 43218-2789
516282489     +Comenity Bank/vctrssec,   Po Box 182789,   Columbus, OH 43218-2789
516282490     +Community Emergency Medical Associates,   PO Box 6081,   Parsippany, NJ 07054-7081
516282492     +Constellation New Energy,   C/O CBCS,   PO Box 2724,   Columbus, OH 43216-2724
516282494     +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
516282496     ++JERSEY CENTRAL POWER AND LIGHT COMPANY,   BUILDING 3,   331 NEWMAN SPRINGS ROAD,
               RED BANK NJ 07701-6771
               (address filed with court: Jersey Central Power & Light,   PO Box 3687,   Akron, OH 44309)
516303428     +Jersey Shore University Medical Center,   c/o Celentano Stadtmauer & Walentowicz,   PO Box 2594,
               Clifton, NJ 07015-2594
516282497     +Juniper - Mastercard,   PO Box 13337,   Philadelphia, PA 19101-3337
516282500     +LCA Collections,   PO Box 2240,   Burlington, NC 27216-2240
516282499     +Laboratory Corporation of America,   PO Box 2240,   Burlington, NC 27216-2240
516282501     +Mnet Financial,   95 Argonaut, Suite 200,   Aliso Viejo, CA 92656-4147
516282502     +Northern Monmouth CNT Medical Association,   PO Box 416693,   Boston, MA 02241-6693
516282503     +Ocean Medical Center,   PO Box 650292,   Dallas, TX 75265-0292
516282504     +Ocean Pulmonary Associates,   3 Plaza Drive, Suite 2,   Toms River, NJ 08757-3764
516282505     +Penn Credit Corporation,   916 S 14th Street,   PO Box 988,   Harrisburg, PA 17108-0988
516282506     +Raymour & Flanigan,   PO Box 130,   Liverpool, NY 13088-0130
516282507     +Santander Consumer Usa,   Po Box 961245,   Ft Worth, TX 76161-0244
516282509     +Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
516282508     +Sears/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
516282510     +Shore Heart Group,   1820 Route 33, Suite 4B,   Neptune, NJ 07753-4860
516282511     +Shore Outpatient Surgicenter, LLC,   360 Route 70,   Lakewood, NJ 08701-5823
516282512     +Southern Ocean Medical Center,   PO Box 650292,   Dallas, TX 75265-0292
516282516     +Thd/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
516282517      Truetox Laboratories,   50 Rose Place,   Garden City Park, NY 11040-5312
516282518     +University Radiology Group,   PO Box 1075,   East Brunswick, NJ 08816-1075
516282519     +Us Dept Of Ed/glelsi,   Po Box 7860,   Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 07 2016 22:32:40    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 07 2016 22:32:39    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516282480     +E-mail/Text: ebn@barnabashealth.org Sep 07 2016 22:32:57    Barnabas Health,   PO Box 903,
               Oceanport, NJ 07757-0903
516282481     +E-mail/Text: ebn@barnabashealth.org Sep 07 2016 22:32:57    Barnabas Health Behavioral Center,
               PO Box 29972,   New York, NY 10087-9972
516282491     +E-mail/Text: ebn@barnabashealth.org Sep 07 2016 22:32:57    Community Medical Center,
               PO Box 29969,   New York, NY 10087-9969
516282493     +E-mail/Text: creditonebknotifications@resurgent.com Sep 07 2016 22:31:55    Credit One Bank Na,
               Po Box 98875,   Las Vegas, NV 89193-8875
516303427      E-mail/Text: Bankruptcy.Consumer@dish.com Sep 07 2016 22:32:38    Dish Network,
               c/o Convergent Outsourcing, Inc.,   Department 0063,   Palatine, IL 60055-0063
516282495     +E-mail/Text: kmorgan@morganlaw.com Sep 07 2016 22:33:12    Ford Motor Credit Company,
               c/o Morgan Bornstein & Morgan,   1236 Brace Road, Suite K,   Cherry Hill, NJ 08034-3229
516282498     +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 07 2016 22:32:00    Kohls/capone,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
516282513     +E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2016 22:34:10    Syncb/old Navy,   Po Box 965005,
               Orlando, FL 32896-5005
516282514     +E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2016 22:34:10    Syncb/tjx Cos,   Po Box 965015,
               Orlando, FL 32896-5015
516282515      E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2016 22:33:27    Syncb/walmart,   Po Box 965024,
               El Paso, TX 79998
                                                                                              TOTAL: 12

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Sep 07, 2016
                              Form ID: pdf905          Total Noticed: 48
```

```
               ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2016 at the address(es) listed below:
          Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
           BSharer@SharerPBS.com;nj83@ecfcbis.com
          Barry R. Sharer    CShapiro@SharerPBS.com,  BSharer@SharerPBS.com;nj83@ecfcbis.com
          Charles C. Berkeley   on behalf of Joint Debtor Kimberly A. Esposito-Costagliola ccb@verizon.net
          Charles C. Berkeley   on behalf of Debtor Marco  Esposito-Costagliola ccb@verizon.net
          Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
                                                                                    TOTAL: 5
```