Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–23294–MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Marco Esposito–Costagliola | Kimberly A. Esposito–Costagliola |
| 307 Bradford Place | 307 Bradford Place |
| Bayville, NJ 08721 | Bayville, NJ 08721 |

Social Security No.:
  xxx–xx–6562                                                             xxx–xx–2088

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on November 9, 2016, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 29 – 22
ORDER CONCERNING REAFFIRMATION AGREEMENT. (related document:22 Reaffirmation Agreement filed by Creditor Santander Consumer USA, Inc.). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/9/2016. (bwj)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 9, 2016
JJW: bwj

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-23294-MBK
Marco Esposito-Costagliola                                            Chapter 7
Kimberly A. Esposito-Costagliola
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1         Date Rcvd: Nov 09, 2016
                              Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2016.
cr              +Santander Consumer USA, Inc.,    PO Box 660633,    Dallas, TX 75266-0633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2016                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2016 at the address(es) listed below:
          Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
           BSharer@SharerPBS.com;nj83@ecfcbis.com
          Barry R. Sharer    CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com
          Charles C. Berkeley    on behalf of Joint Debtor Kimberly A. Esposito-Costagliola ccb@verizon.net
          Charles C. Berkeley    on behalf of Debtor Marco  Esposito-Costagliola ccb@verizon.net
          Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
                                                                                           TOTAL: 5